IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIJAH NEAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-CV-320 |
| | ) | |
| FCI MCKEAN, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

This action was received by the Clerk of Court on November 20, 2024. The matter was ultimately referred to Chief United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

Plaintiff, an indigent inmate acting pro se, names FCI McKean as the sole Defendant to this action. He explains that he slipped and fell on a wet floor, injuring his left foot and lower back. Plaintiff attributes his injury to the negligence of unidentified prison staff in failing to remediate the hazard or post signs warning of the danger. Plaintiff further alleges that an unidentified nurse examined him in a rough manner and declined to provide x-rays or pain medications for several days. Plaintiff seeks monetary damages for his injuries.

On February 18, 2026, Judge Lanzillo issued a Report and Recommendation recommending that Plaintiff's motion for in forma pauperis be granted and that the complaint be dismissed for failure to state a claim upon which relief may be granted in accordance with 28

1

U.S.C. § 1915(e). ECF No. 13. As of today's date, no objections to the Report and Recommendation have been filed.

Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations. 28 U.S.C. § 636(b)(1); Local Rule 72(D)(2).

After *de novo* review of the complaints and other documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 19th day of March 2026;

IT IS HEREBY ORDERED that Plaintiff's motion for leave to proceed in forma pauperis [ECF No. 4] is granted and the Clerk is directed to file the lodged original complaint. The Clerk should mark this case closed.

IT IS FURTHER ORDERED that this matter be dismissed for failure to state a claim upon which relief may be granted in accordance with 28 U.S.C. § 1915(e). Said dismissal is without prejudice to Plaintiff's right to assert his negligence claim before the appropriate federal agency under the Federal Torts Claim Act.

AND, IT IS FURTHER ORDERED that the Report and Recommendation of Chief Magistrate Judge Lanzillo, issued on February 18, 2026 [ECF No. 13] is adopted as the opinion of the court.

SUSAN PARADISE BAXTER
United States District Judge

2